1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Tiffany Cahill, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>GC Services Limited Partnership, and DOES 1-10,<br><br>      Defendant. | **Case No.:  3:17-cv-01308-GPC-MDD**<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. GONZALO P. CURIEL** |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named plaintiffs, and without prejudice as to the putative class. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.


Dated:  July 31, 2018

Hon. Gonzalo P. Curiel
United States District Judge